ACCEPTED
03-14-00509-CV
3751035
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/13/2015 2:20:29 PM
JEFFREY D. KYLE
CLERK

**No. 03-14-00509-CV**

_____

IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/13/2015 2:20:29 PM
JEFFREY D. KYLE
Clerk

**THE UNIVERSITY OF TEXAS AT AUSTIN**
*Appellant,*

**VS.**

**DIJAIRA B. SMITH,**
*Appellee.*

_____

On Appeal from the 200th Judicial District Court of Travis County, Texas
Cause No. D-1-GN-13-004318

_____

**APPELLANT'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO
APPELLEE'S POST-SUBMISSION BRIEF**

_____

TO THE HONORABLE COURT OF APPEALS:

COMES NOW Appellant, the University of Texas at Austin ("UT"), and submits this Unopposed Motion for Leave to Respond to Appellee's Post-Submission Brief.

1. This appeal is from the 200th Judicial District Court of Travis County's denial of UT's Plea to the Jurisdiction. Appellant filed its brief with the Third Court of Appeals on or about September 9, 2014. Appellee filed her response brief on or about September 29, 2014. Appellant filed its reply on October 16, 2014. Oral arguments were heard on November 19, 2014.

2. During oral arguments, the panel questioned counsel about *Resendez v. Texas Commission on Environmental Quality*, 391 S.W.3d 312 (Tex. App.—Austin 2012, pet. granted).

3. On November 21, 2014, two days after oral arguments in the present case, the Texas Supreme court issued its opinion in *Texas Commission on Environmental Quality v. Resendez*, No. 13-0094, 2014 WL 6612570 (Tex. Nov. 21, 2014), reversing the Third Court of Appeals opinion.

4. Appellee requested leave to submit a post-submission brief discussing, in part, the Texas Supreme Court's ruling on *Resendez*.

5. Appellant requests leave to file a response to Appellee's Post-Submission brief.

6. This motion is not made for delay alone, but so that justice may be done.

## CONCLUSION AND PRAYER

7. Appellant therefore prays that this Honorable Court grant this Motion for Leave and permit Appellant an opportunity to respond to Appellee's Post-Submission Brief.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

JAMES "BEAU" ECCLES
General Litigation, Division Chief


/s/ *Erika M. Laremont*
**ERIKA M. LAREMONT**
Attorney-in-Charge
Texas Bar No. 240013003
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667  FAX

ATTORNEY FOR APPELLANT

## CERTIFICATE OF CONFERENCE

Appellant conferred with counsel for Appellee prior to filing this motion, and he is not opposed.

/s/ Erika M. Laremont
ERIKA M. LAREMONT
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been sent via electronic filing notice on January 13, 2015 to:

JOHN JUDGE
JUDGE, KOSTURA & PUTMAN,P.C.
The Commissioners House at
Heritage Square
2901 Bee Cave Road, Box L
Austin, Texas 78746
Telephone: 512/328-9099
Facsimile: 512/328-4132
Email: jjudge@jkplaw.com

/s/Erika M. Laremont
Erika M. Laremont